**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 98-1138**

———————————

GOVERNMENT EMPLOYEES INSURANCE COMPANY,

Plaintiff - Appellee,

versus

BENJAMIN D. MEDLEY,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James C. Turk, District Judge.
(CA-96-964-R)

———————————

Submitted:  May 14, 1998                Decided:  May 26, 1998

———————————

Before WIDENER and MICHAEL, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Benjamin D. Medley, Appellant Pro Se.  Thomas A. Leggette, Frank Kenneth Friedman, Philip Wayne Parker, WOODS, ROGERS & HAZLEGROVE, Roanoke, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting summary judgment to Plaintiff on its action for declaratory judgment. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Government Employees Ins. Co. v. Medley</u>, No. CA-96-964-R (W.D. Va. Jan. 14, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>